USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/29/2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
**SALEM,**                                                        :
                                                                  :
                           **Plaintiff**                          :
                                                                  :     **20-cv-01566 (ALC)**
          -against-                                               :
                                                                  :     **ORDER**
**WOLF, ET AL.,**                                                 :
                                                                  :
                           **Defendants.**                        :
                                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's Response to its June 1, 2020 Order to Show Cause. ECF No. 3. Pursuant to Federal Rule of Civil Procedure 4, "[a] summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m). . . ." Fed. R. Civ. P. 4(c)(1).

Plaintiff is ORDERED to file proof of service of a summons and complaint on ECF on or before July 27, 2020. The Court hereby vacates its June 1, 2020 Order.

**SO ORDERED.**

**Dated: June 29, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**