USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/17/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
**SALEM,**                                                           :
                                                                     :
                            **Plaintiff,**    :
                                                                     :   **1: 20-cv-01566-ALC**
      **-against-**                                         :
                                                                     :   **ORDER**
**WOLF, ET AL.,**                                                    :
                                                                     :
                          **Defendants.**   :
                                                                     :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before October 1, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
               **September 17, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**